## JULY TERM, 1716,

### MACNEMARA *vs.* BRANNOCK.

SLANDER. *Justification* pleaded. General replication and issue joined. *Verdict*, (April term 1714,) for the plaintiff. Writ of inquiry of damages issued to July 1714, and returned with inquisition, assessing damages to the plaintiff to 20*l.* 5*s.* 0*d.* sterling.

*Bordley*, for defendant, moved in arrest of judgment, and assigned as reasons—

1. That no damages were inquired by the jury which tried the issue.

2. That it did not appear that the cause was cognizable by the court.

3. That the writ of inquiry was void.

He cited *Trials per Pais*, 259, 260, 264. *Hob.* 9.

*Dulany*, for the plaintiff, cited 3 *Lev.* 324. 1 *Syd.* 36, 37. 1 *Inst. c.* 8, *c.* 409. 11 *Co.* 5, *Heydon's case.* 32 *H. VIII. c.* 30. 2 *Keeb.* 409, 431. *Syd.* 380, *pl.* 12. *Cro. Car.* 143. 2 *Roll's Abr.* 722.

THE COURT awarded a *venire de novo.*

———&———

## APRIL TERM, 1718.

### DOCURA *vs.* HENRY.

AUDITA QUERELA brought to avoid a *ca. sa.* issued in the name of the defendant against the plaintiff, on the 10th of July 1717, bearing *teste* on the 18th of April 1717, the said *Henry* having died on the 20th of June 1717. DEMURRER.

*Dulany*, for the plaintiff, cited *Cro. Car.* 450. 1 *Roll's Ab.* 305, *tit. Audita Querela. Bro. tit. Stat. Merch.* 43. *Dyer* 180, *pl.* 49. Acts of assembly 1715, *c.* 33, 25. 1704, *c.* 49. 1721, *c.* 4. 1728, *c.* 24. 1732, *c.* 22.

*Bordley*, for the defendant, cited 2 *Roll's Rep.* 132. *Compl. Att'y.* 245 *Cro. Eliz.* 44, 181. *Moore* 352. 1 *Mod.* 188. 1 *Roll's Rep.* 383. 1 *Roll's Rep.* 133. *Moore* 850.

*Dulany*, in reply, cited *Bro. Ab.* 794, 18. 79, *b.* 25, 80, 38. *a.*

JUDGMENT, that the plaintiff take nothing by his writ of *audita querela.*